AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff, SCG POWER
RANGERS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCG POWER RANGERS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ALEN, aka MICHAEL ALEN SNELGROOES, dba POWER HOODIEZ; and DOES 1-10 inclusive.<br><br>　　　　Defendants. | Case No. CV12-02087 SJO (VBKx)<br>Assigned to Hon. S. James Otero<br><br>**AMENDED [PROPOSED] JUDGMENT AGAINST MICHAEL ALEN, aka MICHAEL ALEN SNELGROOES, dba POWER HOODIEZ; AND PERMANENT INJUNCTION PURSUANT TO STIPULATION**<br><br>Action filed: March 12, 2012<br>Trial Date: None |

AMENDED [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION

Pursuant to the Stipulation of the parties on file herein, it is hereby ordered, adjudged and decreed as follows:

1. Judgment is hereby entered in favor of plaintiff SCG Power Rangers, LLC ("SCG") and against defendant Michael Alen, aka Michael Alen Snelgrooes, dba Power Hoodiez ("Power Hoodiez") on SCG's first, second and third causes of action alleged in the Complaint on file herein;

2. Power Hoodiez, is hereby permanently and forever enjoined and restrained from:
   a. manufacturing, reproducing, distributing, advertising, and/or otherwise marketing any item of clothing, or other product or good featuring designs and/or images that are substantially similar to the uniforms and/or costumes of any of the "Power Rangers" characters as set forth in Exhibit 1 hereto;
   b. manufacturing, reproducing, distributing, advertising, and/or otherwise marketing any item of clothing, or other product or good that is likely to cause confusion, deception or mistake as to the origin of those products or goods with those of SCG Power Rangers, LLC, including the trademark embodied in United States Trademark Registration Number 2510411 and as set forth in Exhibit 1 hereto;

3. No financial consideration or monetary damages other than those set forth in the parties' settlement agreement dated as of June 30, 2012 (the "Settlement Agreement") shall be recoverable in this action;

4. Each party shall be responsible for their own costs and attorneys' fees incurred in connection with this action except as set forth in the parties' Settlement Agreement; and

5. This Court shall retain continuing jurisdiction over this matter in order to take appropriate action in the event that the parties who are enjoined do not comply with the terms of this permanent injunction.

IT IS SO ORDERED:

DATED July 18, 2012

_____
Honorable S. James Otero
U.S. District Court Judge

2